# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-1504 MRW | Date | August 15, 2016 |
| Title | American Wear v. Michele Thoren Bond et al. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSING CASE

Plaintiffs filed a notice of voluntary dismissal in this case. (Dockets # 18 – 21.) This action is dismissed in its entirety.